**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**In RE:**  EDWARD R. MCKINNEY                                         **Case No.**  16-15718
AND JOAN M. MCKINNEY

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor in the above entitled case hereby requests that the mailing address,
pertaining to both notices and payments, listed in the above stated case be changed;

FROM:                                                                         TO:
Fay Servicing, LLC                                                       Fay Servicing, LLC
_____            _____

939 W North Avenue,                                                   440 S. LaSalle Street,
_____            _____

Suite 680                                                                   Suite 2000
_____            _____

Chicago, IL 60642                                                       Chicago, IL 60605
_____            _____

Dated: 5/9/2017                                                          /s/ Ashley Boswell
                                                                                   _____

                                                                                   Creditor's Authorized Agent for Fay Servicing LLC