```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                            Case No. 16-15718-jkf
Edward R. McKinney                                                Chapter 13
Joan M. McKinney
           Debtors
                               CERTIFICATE OF NOTICE
District/off: 0313-2           User: Virginia              Page 1 of 2              Date Rcvd: Aug 31, 2017
                               Form ID: pdf900             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2017.
db/jdb         +Edward R. McKinney,    Joan M. McKinney,   837 Fairfield Road,    Fairless Hills, PA 19030-2515
cr             +Fay Servicing, LLC,    440 S. LaSalle Street, Suite 2000,    Chicago, IL 60605-5011
cr             +Wilmington Trust, National Association, not in its,    Aldridge Pite, LLP,
                 4375 Jutland Drive, Suite 200,   P.O. Box 17933,    San Diego, CA 92177-7921
13775054       +Citibank/The Home Depot,    Po Box 6497,   Sioux Falls, SD 57117-6497
13775053       +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
13814522       +FCC Finance LLC, as servicer for,   Southwest Lenders Trust, LLC,    P.O. Box 795489,
                 Dallas, TX 75379-5489
13775057       +Fay Servicing LLC,    3000 Kellway Drive,   Suite 150,   Carrollton TX 75006-3357
13775058       +Fstconcrd,   17000 Dallas Parkw,    Dallas, TX 75248-1938
13854756       +JPMorgan Chase Bank National Association,   Chase Records Center, Attn: Corresponden,
                 Mail Code LA4-5555,   700 Kansas Lane,    Monroe, LA 71203-4774
13775059       +Jpm Chase,   Po Box 24696,   Columbus, OH 43224-0696
13775062       +Radio Shack/Citibank,   Citicorp/Centralized Bankruptcy,    Po Box 790040,
                 Saint Louis, MO 63179-0040
13775063       +Radio Shack/Citibank,   Po Box 6497,   Sioux Falls, SD 57117-6497
13775065      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
                (address filed with court: Wells Fargo Home Mtg,    8480 Stagecoach Cir,    Frederick, MD 21701)
13775064       +Wells Fargo Home Mtg,    Written Correspondence Resolutions,    Mac#X2302-04e Po Box 10335,
                 Des Moines, IA 50306-0335
13854202       +Wilmington Trust NA,    c/o Brian C. Nicholas, Esq.,   KML Law Group PC,
                 701 Market St., Ste. 5000,   Phila., PA 19106-1541
13852009       +Wilmington Trust,N.A. Trustee (See410),    c/o Fay Servicing, LLC Bankruptcy Depart,
                 939 W. North Avenue Suite 680,   Chicago, Illinois 60642-1231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Sep 01 2017 02:13:53     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 01 2017 02:13:03
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 01 2017 02:13:48     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2017 02:09:04     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13775056        E-mail/Text: mrdiscen@discover.com Sep 01 2017 02:12:47     Discover Financial,    Pob 15316,
                 Wilmington, DE 19850
13777738        E-mail/Text: mrdiscen@discover.com Sep 01 2017 02:12:47     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
13775055       +E-mail/Text: mrdiscen@discover.com Sep 01 2017 02:12:47     Discover Financial,
                 Attn: Bankruptcy,   Po Box 3025,   New Albany, OH 43054-3025
13796479       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 01 2017 02:13:27     MIDLAND FUNDING LLC,
                 PO Box 2011,   Warren, MI 48090-2011
13775061       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 01 2017 02:13:27     Midland Funding,
                 2365 Northside Dri,    San Diego, CA 92108-2709
13775060       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 01 2017 02:13:27     Midland Funding,
                 2365 Northside Dr,    Suite 300,   San Diego, CA 92108-2709
13835459       +E-mail/PDF: cbp@onemainfinancial.com Sep 01 2017 02:09:13     ONEMAIN,   605 MUNN ROAD,
                 FT. MILL, SC 29715-8421
13851151        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 01 2017 02:17:25
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13779012        E-mail/PDF: rmscedi@recoverycorp.com Sep 01 2017 02:09:23
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Fay Servicing, LLC,   3000 Kellway Dr,Ste 150,   Carrollton, TX 75006-3357
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2           User: Virginia              Page 2 of 2                   Date Rcvd: Aug 31, 2017
                               Form ID: pdf900             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor   Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2015-2 bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor   Wilmington Trust, National Association, not in
               its individual capacity, but solely as trustee for MFRA Trust 2015-2 bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Joint Debtor Joan M. McKinney support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              PAUL H. YOUNG    on behalf of Debtor Edward R. McKinney support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    JPMorgan Chase Bank, N.A. pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                                         Chapter 13

EDWARD R & JOAN M MCKINNEY    16-15718-JKF

        Debtor(s)

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date:**

**Date: August 31, 2017**

                              **JEAN K. FITZSIMON**
                              **U.S. BANKRUPTCY JUDGE**