United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Edward R. McKinney  
Joan M. McKinney  
     Debtors

Case No. 16-15718-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: Sep 29, 2017  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2017.  
db/jdb        +Edward R. McKinney,   Joan M. McKinney,   837 Fairfield Road,   Fairless Hills, PA 19030-2515

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2017 at the address(es) listed below:

         BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-2 bkgroup@kmllawgroup.com  
         PAUL H. YOUNG    on behalf of Joint Debtor Joan M. McKinney support@ymalaw.com, ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com  
         PAUL H. YOUNG    on behalf of Debtor Edward R. McKinney support@ymalaw.com, ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com  
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    JPMorgan Chase Bank, N.A. pa.bkecf@fedphe.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                              TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: EDWARD R. and JOAN M. McKINNEY    :    CHAPTER 13
                         Debtors    :    BANKRUPTCY NO.
                                                                        :    16-15718

## ORDER TO ALLOW COUNSEL FEES

AND NOW, this _____ day of _____, 2016, upon consideration of the foregoing Application and upon Notice, Opportunity for Hearing and Certification of No Objection, counsel fees are allowed in the following amount:

    Counsel fee:    $3,500
    Total paid by Debtors prepetition: $1,500
    $2,000 to be paid in Plan
    Filing Fee paid by debtors

The amount paid is for counsel's handling of Debtors' above-captioned Chapter 13 case.

In the event debtors' case is dismissed prior to confirmation, the Chapter 13 Trustee Chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. Section 503(b) and 11 U.S.C. Section 330(a)(4)(B), **the allowed compensation set forth above less $1,500 which was paid by the Debtor(s) prepetition.**

**Date: September 29, 2017**

Date:_____    _____
                                                            J.

Suggested copies:

U.S. Trustee
Trustee
All Creditors on Matrix
Debtors